# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JERI ORDING,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

       Defendant.

**ORDER**
Civil File No. 11-2296 (MJD/LIB)

Lionel H. Peabody, Peabody Law Office, Counsel for Plaintiff.

David W. Fuller, Assistant United States Attorney, Counsel for Defendant.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated August 6, 2012. Both parties have objected to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record of the portion of the Report and Recommendation to which specific written objections have been made. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b).

Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Brisbois dated August 6, 2012.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated August 6, 2012 [Docket No. 17].

2. Defendant's Motion for Summary Judgment [Docket No. 14] is **DENIED**.

3. Plaintiff's Motion for Summary Judgment [Docket No. 8] is **GRANTED** in part as more fully described in the Report and Recommendation dated August 6, 2012.

4. The case is **REMANDED** for further proceedings consistent with this Order and the Report and Recommendation dated August 6, 2012, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Dated: September 4, 2012      s/ Michael J. Davis
                              Michael J. Davis
                              Chief Judge
                              United States District Court