UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Jeri Ording,

ORDER ADOPTING
v.                                                    REPORT AND RECOMMENDATION

Carolyns W. Colvin, Commissioner
of the Social Security Administration,

Defendant.                                 Civ. No. 11-2296 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-titled

matter, **IT IS ORDERED**:

1.      Plaintiff's Motion for Attorney Fees [Docket No. 23] is **GRANTED**;

2.      Plaintiff is awarded a total of $4,879.00 in reasonable attorney's fees, subject to offset

by any preexisting debt that Plaintiff owes to the United States; and

3.      Pursuant to the assignment of the EAJA fee award signed by Plaintiff and filed with

this Court [Docket No. 23], the Commissioner is directed to pay the above-awarded fees, minus any

applicable offset, directly to Lionel H. Peabody.


DATED: May 15, 2013                          s/Michael J. Davis
At Minneapolis, Minnesota                    Michael J. Davis, Chief Judge
                                             United States District Court